# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 16, 2008

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| WMS GAMING INCORPORATED,<br>    Plaintiff-Appellant,<br><br>No. 07-3585              v.<br><br>WPC PRODUCTIONS LTD. and<br>PARTYGAMING PLC,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 06 C 7100<br>]<br>] Blanche M. Manning,<br>]      Judge. |

Upon consideration of the **PLAINTIFF-APPELLANT'S MOTION TO CORRECT ERROR IN CAPTION,** filed on September 12, 2008, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED.** The opinion released on September 8, 2008, is amended as follows:

In the caption, "WPC Gaming Productions Ltd." is deleted and replaced by "WPC Productions Ltd."